UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE SLOAN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:15-cv-1921 MCE AC P<br><br><br><br>ORDER |

On September 6, 2017, the magistrate judge issued an order dismissing plaintiff's first amended complaint with leave to amend. ECF No. 31. Plaintiff has now filed objections to that order. ECF No. 32. When a party objects to a magistrate judge's order, the order shall be upheld unless it is "clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a); L.R. 303(f). Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

///

///

///

Accordingly, Plaintiff's Motion for reconsideration (ECF No. 32) is DENIED.  Within thirty days from the date of service of this order, plaintiff may file an amended complaint that complies with the September 6, 2017, order and with the Rule 8 standard of a short, plain statement.  The amended complaint must be no longer than twenty-five pages.

IT IS SO ORDERED.

Dated:  October 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE